UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARTIN J. WALSH, Secretary of Labor,
United States Department of Labor,

                    Petitioner,            **ORDER ADOPTING REPORT
                                                          AND RECOMMENDATION**

 - against -                                                  2:21-mc-237 (DRH) (ST)

FIVE CORNERS FOOD, INC. d/b/a/ CROSS
ISLAND FRUITS, and JOSEPH ROSSI,
individually and as a custodian of records,

                    Respondents.
----------------------------------------------------------------X

**HURLEY, Senior District Judge:**

        Presently before the Court is the Report and Recommendation of Magistrate Judge Steven Tiscione, dated February 1, 2022 (the "R&R" [DE 16]), recommending the Court (i) issue an Order to Show Cause why Respondents should not be found in contempt at a hearing to be held before the Court and, should the Court hold Respondents in contempt, (ii) impose $250-per-diem fine until Respondents fully comply with Judge Tiscione's February and May 2021 Orders.  Judge Tiscione began, pursuant to 28 U.S.C. § 636(e), by certifying facts that set forth a prima facie case for contempt.  R&R at 4–5.  He then concluded that his orders were clear and unambiguous, that Respondents' non-compliance is clear and convincing, and that Respondents have not diligently attempted to comply.  *Id.* at 5–10.  Judge Tiscione ended by recommending, as an appropriate remedy for Respondents' contempt, a $250-per-diem fine lasting until their full compliance with his February and May 2021 Orders.  *Id.* at 10–12.

More than fourteen (14) days have passed since service of the R&R and no objections have been filed. Pursuant to 28 U.S.C. § 636(b) and Federal Rule Civil Procedure 72, this Court has reviewed the R&R for clear error. Having found none, the Court concurs in the R&R's reasoning and result. Accordingly,

**IT IS HEREBY ORDERED THAT** Respondents show cause in writing on or before April 25, 2022 as to (i) why they should not be held in contempt and (ii) why a $250-per-diem fine lasting until compliance with Judge Tiscione's February and May 2021 Orders is inappropriate;

**IT IS FURTHER ORDERED THAT** Petitioner may file in writing on or before May 25, 2022 a response to Respondents' show-cause submission;

**IT IS FURTHER ORDERED THAT** the parties shall appear at a hearing concerning the show-case submissions on June 24, 2022 at 1:30 PM in Courtroom 930, Alfonse D'Amato United States Courthouse, 100 Federal Plaza, Central Islip, New York 11722;

**IT IS FURTHER ORDERED THAT** Petitioner shall serve forthwith a copy of this order and an additional copy of the R&R upon Respondents.

**SO ORDERED.**

Dated: Central Islip, New York        s/ Denis R. Hurley
       March 23, 2022                 Denis R. Hurley
                                      United States District Judge